UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 15-24442-CIV-MARTINEZ-LOUIS

JAIME FAITH EDMONDSON, et al.,
    Plaintiffs,
vs.

VELVET LIFESTYLES, LLC, f/k/a
VELVET LIFESTYLES, INC., d/b/a
MIAMI VELVET, JOY DORFMAN, a/k/a
JOY ZIPPER, PRESIDENT OF VELVET
LIFESTYLES, LLC and MY THREE
YORKIES, LLC,
    Defendants.
_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Lauren Fleischer Louis, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to all matters relating to Defendants' *Daubert* Motion to Exclude the Reports and Testimony of Plaintiffs' Experts Stephen Chamberlin and Martin Buncher [ECF No. 207]. Magistrate Judge Louis subsequently issued a Report and Recommendation [ECF No. 227], recommending that Defendants' *Daubert* Motion to Exclude the Reports and Testimony of Plaintiffs' Experts Stephen Chamberlin and Martin Buncher [ECF No. 204] be DENIED as untimely. This Court has reviewed the entire file and record. To date, neither party has filed objections to Magistrate Judge Louis' Report and Recommendation. The deadline to file objections with this Court was on October 9, 2018.

After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Louis' Report and Recommendation [ECF No. 227] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendants' *Daubert* Motion to Exclude the Reports and Testimony of Plaintiffs' Experts Stephen Chamberlin and Martin Buncher [ECF No. 204] is **DENIED** as untimely.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of October, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Louis
All Counsel of Record