# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24442-CIV-MARTINEZ/LOUIS

JAIME FAITH EDMONDSON, *et al.*,

    Plaintiffs,

v.

VELVET LIFESTYLES, LLC, *et al*.

    Defendants.

_____/

VELVET LIFESTYLES, LLC, *et al*.

    Third Party Plaintiff,

v.

JLFL CONCEPTS, LLC, *et al*.

    Third Party Defendants.

_____/

## JOINT STATUS REPORT

    Pursuant to this Court's October 30, 2018 Omnibus Order on Pending Motions [ECF No. 230], Plaintiffs and Defendants, by and through their respective counsel of record, hereby state as follows:

    The parties have conferred and propose that the trial in this action be specially set for the period beginning on or after April 15, 2019. The parties have also conferred and do not agree to a trial before a United States Magistrate Judge.

2

Dated: November 7, 2018                                          Respectfully submitted,

**AKERMAN LLP**  
*Counsel for Plaintiffs*  
Three Brickell City Centre  
98 Southeast 7th Street, Suite 1100  
Miami, FL 33131  
Phone: (305) 374-5600

By:*/s/ Naim S. Surgeon*  
   Lawrence Silverman  
   Florida Bar No. 0122080  
   E-mail: lawrence.silverman@akerman.com  
   Naim S. Surgeon  
   Florida Bar No. 101682  
   E-mail: naim.surgeon@akerman.com  
   Secondary: kelly.connolly@akerman.com  
   Erika R. Shuminer  
   Florida Bar No. 100021  
   E-mail: erika.shuminer@akerman.com

**SHAPIRO BLASI WASSERMAN & HERMANN P.A.**  
*Co-counsel for Defendants*  
7777 Glades Road, Suite 400  
Boca Raton, FL 33434  
Phone: (561) 477-7800

By:*/s/ Joshua L. Zipper*  
   Joshua L. Zipper  
   Florida Bar No. 0045247  
   E-mail: jzipper@sbwh.law

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF this 7th day of November, 2018. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Naim S. Surgeon*
Attorney

## SERVICE LIST

**Edmonson, *et al*. v. Velvet Lifestyles, LLC *et al.***
**Case No.: 1:15-cv-24442-JEM**

| | |
|---|---|
| Luke Lirot, Esq.<br>**LUKE CHARLES LIROT, P.A.**<br>2240 Belleair Road, Suite 190<br>Clearwater, Florida 33764<br>Telephone: (727) 536-2100<br>Facsimile: (727) 536-2110<br>E-mail: luke2@lirotlaw.com<br>E-mail: jimmy@lirotlaw.com<br>E-mail: krista@lirotlaw.com<br><br>*Attorneys for Defendants/Third Party Plaintiffs* | Richard Guzman, Esq.<br>**THE BENNETT LAW CENTER**<br>3377 S.W. 3rd Avenue<br>Miami, Florida 33145<br>Telephone: (305) 648-2255<br>Facsimile: (305)648-2256<br>E-mail: gladys@sblawcenter.com<br>E-mail: scott@sblawcenter.com<br>E-mail: richard@sblawcenter.com<br><br>*Attorneys for Third-Party Defendants* |