UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-24442-MARTINEZ/LOUIS

JAIME FAITH EDMONDSON, *et al.*,

Plaintiffs,

v.

VELVET LIFESTYLES, LLC, *et al*.

Defendants.
_____/

VELVET LIFESTYLES, LLC, *et al*.

Third Party Plaintiff,

v.

JLFL CONCEPTS, LLC, *et al*.

Third Party Defendants.
_____/

### PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE
### OF MAY 28, 2019 TRIAL

Plaintiffs Jaime Faith Edmondson, Ana Cheri (Moreland), Carrie Minter, Cielo Jean Gibson, Cora Skinner, Danielle Ruiz, Eva Pepaj, Heather Depriest, Irina Voronina, Jesse Golden, Jessica Burciaga, Jessica Hinton, Joanna Krupa, Jordan Carver, Katerina VanDerham, Kim Cozzens, Laurie Fetter (Jacobs), Lina Posada, Maria Zyrianova, Marketa Kazdova, Masha Lund, Maysa Quy, Paola Canas, Rachel Bernstein Koren, Sandra Valencia, Sara Underwood, Tiffany Toth, Vivian Kindle, Melanie Iglesias, Brenda Lynn Geiger, Heather Rae Young, and Rosa Acosta (collectively, "Plaintiffs), hereby move for a continuance of trial in this action currently

1

scheduled to commence on May 28, 2019 until the next available trial period or during any trial period that is convenient for the Court.  In support of this motion, Plaintiffs state as follows:

1. On November 7, 2018, the parties filed a Joint Status Report [ECF No. 231] requesting that the trial in this action be specially set for the period beginning on or after April 15, 2019.

2. On November 14, 2018, this Court entered an Order Rescheduling Trial Date [ECF No. 232] setting this case for the two-week trial period beginning on April 15, 2019 pursuant to the parties Joint Status Report.

3. On April 3, 2019, this Court *sua sponte* entered an Order Rescheduling Trial Date [ECF No. 237] setting this case for the two-week trial period commencing on May 28, 2019 at 9:30 a.m., with Calendar Call now set on May 23, 2019 at 1:30 p.m.

4. Counsel for Plaintiffs, Lawrence D. Silverman, has a pre-planned vacation out of the country during the May 28, 2019 trial period and is not available for the entirety of the trial period.

5. In addition, counsel for Plaintiffs, Naim Surgeon, has a matter pending in the Northern District of Illinois that has been scheduled for 17 expert depositions during the same period.  None of those depositions can be moved as a result of the extensive coordination to arrive at the current schedule, which again makes this request for a continuance necessary.

6. Plaintiffs respectfully request that the trial date be continued in light of this scheduling conflict until the next available trial period or any trial period that is convenient for this Court.

7. This motion is being filed in good faith and not for purposes of delay.  No party will be prejudiced by granting the relief requested herein.

8. Moreover, Defendants consent to the relief sought in this motion.

9. A proposed order is attached for the Court's convenience.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an Order: i) continuing the trial in this action to the next available trial docket; and (ii) granting Plaintiffs such other and further relief as the Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(A)(3)

In compliance with Rule 7.1(A)(3) of the Local Rules of the United States District Court for the Southern District of Florida, undersigned counsel hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants, by telephone, in a good faith effort to obtain agreement on the relief sought. Defendants' counsel does not oppose the requested relief.

Dated: May 10, 2019            Respectfully submitted,

By: */s/Naim S. Surgeon*
    Lawrence Silverman
    Florida Bar No. 0122080
    E-mail: lawrence.silverman@akerman.com
    Naim S. Surgeon
    Florida Bar No. 101682
    E-mail: naim.surgeon@akerman.com
    Secondary E-mail: kelly.connolly@akerman.com
    Erika R. Willis
    Florida Bar No. 100021
    E-mail: erika.willis@akerman.com

    **AKERMAN LLP**
    Three Brickell City Centre
    98 Southeast Seventh Street, Suite 1100
    Miami, FL 33131
    Telephone: (305) 374-5600
    Facsimile: (305) 349-4654

    *Attorneys for Plaintiffs*